IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Tonya Lynn Hallman | ) | C/A No. 0:11-1465-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security,[1] | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On June 25, 2013, Plaintiff's attorney filed a petition for attorney's fees pursuant to 42 U.S.C. § 406(b). (ECF No. 13.) Counsel for the plaintiff seeks an award in the amount of $7,628.25. The Commissioner responded indicating that she has no position on this request.

Upon review of the petition and applying the relevant factors, the court finds that an award of $7,628.25 is reasonable in this matter. See Gisbrecht v. Barnhart, 535 U.S. 789, 807 (2002) ("[Section] 406(b) calls for court review of [contingency fee agreements] as an independent check, to assure that they yield reasonable results in a particular case"). The amount requested is pursuant to a fee agreement providing an attorney fee of twenty-five percent of the past-due benefits recovered by Plaintiff, which is the maximum allowed under § 406(b). The court notes that Plaintiff has not previously sought or been awarded attorney's fees under the Equal Access to Justice Act ("EAJA").

Accordingly, it is hereby

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Carolyn W. Colvin is substituted for Michael J. Astrue as the named defendant because she became the Acting Commissioner of Social Security on February 14, 2013.



**ORDERED** that Plaintiff's Motion for Attorney's Fees (ECF No. 13) pursuant 42 U.S.C. § 406(b) is granted and counsel is awarded $7,628.25.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 21, 2013
Columbia, South Carolina